UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>V.<br><br>PAIGE V. GRAVES,<br><br>　　　Defendant. | CRIMINAL NO. 5:23-00110-KKC-MAS-2<br><br><br>**ORDER** |

*** *** ***

This matter was referred to the magistrate judge for the purposes of conducting rearraignment proceedings for Defendant Paige Graves. The magistrate judge has filed a recommendation that the Court accept Defendant's guilty plea and that Defendant be adjudged guilty of Counts 6 and 9 of the Superseding Indictment and the Court adjudge Defendant's interest in the property listed in the forfeiture allegation of the Superseding Indictment forfeited. (DE 30.) No objections have been filed and, having reviewed the record, the Court finds that the magistrate judge satisfied all requirements of Federal Rule of Criminal Procedure 11 and the United States Constitution.

Accordingly, the Court hereby ADOPTS the magistrate judge's recommendation (DE 68), accepts Defendant's plea of guilty, and enters a finding of guilty for Defendant as to Counts 6 and 9 of the Superseding Indictment. The Court also orders Defendant's interest in the property listed in the forfeiture allegation of the Superseding Indictment FORFEITED.

Dated August 7, 2024

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY